```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DANIEL W AUGUSTIN, :
:
:
Petitioner, :
: 20-cv-4862 (LJL)
-v- :
: ORDER
THOMAS DECKER, ET AL, :
:
Respondents. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court is in receipt of Respondents' motion for an order to dismiss or transfer venue (Dkt. No. 11).

    Petitioner is ordered to file a response no later than 5:00 p.m. on July 2, 2020.

    SO ORDERED.

Dated: June 30, 2020
       New York, New York                           _____
                                                                 LEWIS J. LIMAN
                                                        United States District Judge